IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 JUN -3 PM 12: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| NOAH WILKINS, III | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-2293 D/V |
| JO ANNE BARNHART, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

## CONSENT ORDER GRANTING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Plaintiff's attorney has requested an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 in the amount of $4,937.50, which represents 39.50 hours at a rate of $125 per hour. After discussions, Plaintiff and Defendant have agreed that **$4,400** is a reasonable fee in this case.

WHEREFORE, by consent the parties request the Court enter its Order awarding EAJA fees to Plaintiff in the total amount of **$4,400**.

IT IS SO ORDERED.

This **3rd** day of **June**, 2005.

Honorable Bernice B. Donald
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-6-05



CONSENTED TO AND APPROVED:

*Lester T. Wener* By JAD
Lester T. Wener,
Attorney for Plaintiff By consent
100 N. Main Building, Suite 12334
Memphis, Tennessee 38103

TERELL L. HARRIS
United States Attorney

By: *[signature]*
Joe A. Dycus,
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02293 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT